UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANET M. HARRIET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:12-cv-0400-WTL-DML |
| | ) |
| YMCA OF MONROE COUNTY, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal With Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

SO ORDERED:

11/13/2012
Date

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Deborah Albright
Monday Jones & Albright
1915 Broad Ripple Avenue
Indianapolis, Indiana 46220
(317) 251-1929

ATTORNEYS FOR PLAINTIFF

Craig M. Borowski, #22280-49
Jenie Van Hampton, #30490-49
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
(317) 237-0300

ATTORNEYS FOR THE DEFENDANT